
"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V )<br>)<br>(1) LAURENTINO BENITEZ, )<br>    a/k/a "Chamuco," )<br>(2) ROBERTO PINEDA-ALBERRAN, )<br>    a/k/a "Beto," )<br>(3) CHARLES POTTS, )<br>(4) JASON TAYLOR, )<br>(5) SIDNEY TRUESDALE, )<br>(6) HENRY ADAMS, Jr. )<br>_____ ) | Docket No. 3:15CR105<br><br>ORDER TO SEAL BILL OF<br>INDICTMENT AND RELATED<br>DOCUMENTS<br><br>**FILED UNDER SEAL** |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 23rd day of April 2015.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE